UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re: Thomas E. Sparks and Stacey A. Sparks,   }   Case No. 25-01813-DSC
                                                }   Chapter 13
    Debtor(s).                                  }

## ORDER SUSTAINING OBJECTION TO CLAIM

This matter came before the Court on the Objecting Party's Objection to Claim Pursuant to Local Rule 3007-1(c) to Claim No. 24 of Innovations Financial Credit Union (the "Claimant") filed on September 26, 2025, in the amount of $8,473.90. The basis alleged for the objection is:

_____   the claim is a duplicate of another claim, Claim No. _____ filed on _____, 20\_\_\_ in the amount of $_____ by _____;

\_\_\_\_X\_\_\_\_\_   the claim was untimely filed, and the claimant is a creditor whose name and address were accurately shown on the debtor's timely filed schedules and matrix;

_____   the claim is satisfied or excessive as evidenced by a refund of payment from the claimant to the Trustee or debtor or written notice from the claimant to the Trustee or debtor;

_____   the claim is not entitled to secured status;

_____   the claim is for an unsecured debt or obligation that was incurred prior to the filing of a prior bankruptcy case in which the debtor received a discharge;

_____   the claim is not entitled to priority status; or

_____   the claim is not a debt of the debtor(s) based on the proof of claim or the attachments thereto.

Notice of the objection and of an opportunity for a hearing thereon was provided pursuant to Local Rule 3007-1(c). Neither the Claimant nor any other party in interest filed any opposition or other response to said objection, and it appears to the Court the objection is due to be sustained on the grounds alleged therein.

IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED that the objection is SUSTAINED, and Claim No. 24 filed by the claimant is:

_____   disallowed as a secured or priority claim, and allowed only as a general unsecured claim in the amount of $_____.

_____   excessive and allowed only in the amount of $_____.

\_\_\_X\_\_\_\_\_   disallowed in its entirety.

**Dated: November 14, 2025**                    /s/ D. Sims Crawford
                                                D. SIMS CRAWFORD
                                                United States Bankruptcy Judge

Order Prepared by:
C. Taylor Crockett, P.C.
2067 Columbiana Road
Birmingham, AL 35216
(205)978-3550